[No. 15166–5–I. Division One. April 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH
A. AUSTIN, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–1–00437–6, Marshall Forrest, J., entered August 14, 1984. *Affirmed* by unpublished opinion

per Scholfield, C.J., concurred in by Swanson and Grosse, JJ.